ROGERS JOSEPH O'DONNELL
Dean D. Paik (State Bar No. 126920)
dpaik@rjo.com
Lauren K. Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
S. Amber Lee (State Bar No. 197329)
slee@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
DOUGLAS JAE WOO KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS JAE WOO KIM,<br><br>　　　　　Defendant. | Case No. 3:21-CR-00164-CRB-1<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

Plaintiff UNITED STATES OF AMERICA and Defendant DOUGLAS KIM agree and stipulate as follows:

　　　　1.　　WHEREAS, on April 24, 2024, this Court released defendant on a $1,000,000.00 (one million dollar) secured bond. (Dkt.174). Among the other conditions imposed by the order for release, Mr. Kim was required to reside with his parents in New York City and his parents were required to act as third-party custodians secured by the million-dollar bond. The parents have posted the secured bond;

　　　　2.　　WHEREAS, the SDNY probation office has reported no issues with Mr. Kim's compliance with the terms of his pretrial release;

| | | |
|---|---|---|
| 1 | 3. | WHEREAS, Mr. Kim moves this Court to allow for one modification and a few exceptions to his conditions of release as follows. Currently, Mr. Kim is to remain in the Southern & Eastern District of New York (Dkt 174, Exh, A., item 7).  He has requested that the pretrial services office be given discretion to permit him on a case-by-case basis to travel with his parent(s) to Bergen County, New Jersey for the specific purpose of continued dental care visits.  Mr. Kim has also requested permission to travel to Litchfield County, Connecticut the weekend of September 13th to September 15th, 2024 for a trip with his parents; |
| 10 | 4. | WHEREAS, Mr. Kim currently is only allowed to use one designated and monitored computer (Dkt 174, Exh. A., item 11), but requests an exception to use a computer at a certified testing center to take standardized tests required for applications to graduate schools.  The functionality of the computers at these testing centers is restricted to the exclusive purpose of administering the test.  Additionally, the test taker and his/her usage of the computer is heavily monitored by a proctor who will immediately dismiss the test-taker in any case of violation; |
| 18 | 5. | WHEREAS, Mr. Kim finally has requested that his monitored computer privileges be expanded for any purpose except for engaging in the concerning activities, namely soliciting loans, engaging in financial transactions, or opening financial accounts (Dkt 174, Exh. A., item 11). Mr. Kim has indicated that he would like to spend this time leading up to his trial productively and would like to use the computer to take online courses, read news, or to use his background and skillset to support a nonprofit organization, CEOworks, that helps reentry for recently released individuals.  Mr. Kim proposes changing the condition to: "Defendant may only use one computer approved by U.S. Pretrial Services.  The approved computer will be subjected to computer |

monitoring by U.S. Pretrial Services. This computer will remain in the possession and control of his parents who will only allow him to use it at times approved by U.S. Pretrial Services and may not be used to engage with social media platforms or in any financial transactions including: applying/soliciting for loans or other forms of credit (personal or business); purchasing products or services using a loan or other forms of credit; purchasing, selling, trading of securities, including those involving crypto-currency; opening financial accounts including bank accounts, credit accounts, brokerage accounts, or cryptocurrency accounts; and gambling."; and

6. WHEREAS, neither the probation office for the SDNY nor the pretrial services office for the Northern District of California nor the undersigned AUSA, objects to Mr. Kim's requests for these exceptions or his proposed modification of item 11.

The undersigned certifies that he has obtained approval from counsel for the government to file this stipulation and proposed order.

**IT IS SO STIPULATED**.


Dated:  August 26, 2024         ISMAIL J. RAMSEY
                                United States Attorney


                                By: /s/ Noah Stern
                                    NOAH STERN
                                    Assistant United States Attorneys


Dated:  August 26, 2024         ROGERS JOSEPH O'DONNELL


                                By: /s/ Dean D. Paik
                                    DEAN D. PAIK
                                    Attorneys for Defendant
                                    DOUGLAS JAE WOO KIM

Page 3

**[PROPOSED] ORDER**

Having considered Mr. Kim's requests, and finding good cause therefore, the Court GRANTS Mr. Kim's requests for exceptions and modification to his conditions of release as described in the stipulation.

**IT IS SO ORDERED.**

Dated: _____, 2024           _____
                                                                          UNITED STATES MAGISTRATE JUDGE