ROGERS JOSEPH O'DONNELL
Dean D. Paik (State Bar No. 126920)
dpaik@rjo.com
Lauren K. Sujeeth (State Bar No. 259821)
lsujeeth@rjo.com
S. Amber Lee (State Bar No. 197329)
slee@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
DOUGLAS KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>DOUGLAS JAE WOO KIM,<br><br>             Defendant. | Case No. 3:21-cr-00164-CRB-1<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S TRAVEL TO HAWAII WITH HIS PARENTS**<br><br>Judge:     Hon. Charles R. Breyer |

## STIPULATION

Under his release conditions, Mr. Kim currently resides in New York City with his parents, and he is limited to the Southern and Eastern District of New York except to travel to the Northern District of California for court proceedings and trial preparation. (Dkt. 174).  His parents are required to accompany him if he leaves their residence. *Id*.

Mr. Kim's parents wish to travel to Hawaii the week of November 18, 2024 for their family's vacation.  Mr. Kim's parents own property in Hawaii and he and his parents will continue to be obligated to abide by the other conditions of his release.  The government and the pretrial services offices for the Northern District of California and the Southern District of New

Page 1

STIPULATION AND PROPOSED ORDER REGARDING DEFENDANT KIM TRAVEL TO HAWAII THE WEEK OF NOVEMBER 18, 2024 – Case No. CR 21-00164-CRB

579223.1

1  York have no objection.

3  Dated: October 21, 2024              ISMAIL J. RAMSEY
                                        United States Attorney

5                                       By: /s/ Noah Stern
                                            NOAH STERN

                                        Assistant United States Attorney

9  Dated: October 16, 2024              ROGERS JOSEPH O'DONNELL

10                                      By: /s/ Dean D. Paik
                                            DEAN D. PAIK

                                        Attorneys for Defendant
                                        DOUGLAS JAE WOO KIM

## [PROPOSED] ORDER

For good cause appearing, Mr. Kim may travel to Hawaii the week of November 18, 2024 accompanied by his parents.

Dated: _____

HONORABLE CHARLES H. BREYER
United States District Court Judge

Page 3

STIPULATION AND PROPOSED ORDER REGARDING DEFENDANT KIM TRAVEL TO HAWAII THE WEEK OF NOVEMBER 18, 2024 – Case No. CR 21-00164-CRB

579223.1

579223.1